**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-6723**

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

          v.

DERRICK EDWARD BROWN,

                    Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Claude M. Hilton, Senior District Judge.  (1:03-cr-00534-CMH-1)

Submitted:  April 27, 2009               Decided:  May 12, 2009

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Derrick Edward Brown, Appellant Pro Se.  Kelli Hamby Ferry, Jeanine Linehan, Assistant United States Attorneys, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Derrick Edward Brown appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for reduction of his sentence. We have reviewed the record and find no reversible error. See United States v. Dunphy, 551 F.3d 247 (4th Cir. 2009); United States v. Hood, 556 F.3d 226 (4th Cir. 2009). Accordingly, we affirm for the reasons set forth by the district court. United States v. Brown, No. 1:03-cr-00534-CMH-1 (E.D. Va. Apr. 11, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED